■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL R. TENNEY, Also Known as PAUL RYAN TENNEY, Appellant. (Appeal No. 2.) [945 NYS2d 897]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered February 11, 2010. The judgment ordered defendant to pay restitution.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Tenney* (96 AD3d 1403 [2012]). Present—Scudder, P.J., Smith, Centra, Lindley and Martoche, JJ.